1

2                                                                    O

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   SEVYLLA D. WILDER,               )   NO. ED CV 06-884-E
                                       )
12                   Plaintiff,        )
                                       )
13        v.                           )   **MEMORANDUM OPINION**
                                       )
14   JO ANNE B. BARNHART, COMMISSIONER )   **AND ORDER OF REMAND**
     OF SOCIAL SECURITY ADMINISTRATION,)
15                                     )
                                       )
16                   Defendant.        )
     _____)

17

18        Pursuant to sentence four of 42 U.S.C. section 405(g), IT IS

19   HEREBY ORDERED that Plaintiff's and Defendant's motions for summary

20   judgment are denied and this matter is remanded for further

21   administrative action consistent with this Opinion.

22

23                          **PROCEEDINGS**

24

25        Plaintiff filed a complaint on August 14, 2006, seeking review

26   of the Commissioner's denial of benefits.  The parties filed

27   a consent to proceed before a United States Magistrate Judge on

28   September 21, 2006.  Plaintiff filed a motion for summary judgment on