**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEVYLLA D. WILDER, | ) NO. ED CV 06-884-E |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| JO ANNE B. BARNHART, COMMISSIONER | ) |
| OF SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

        IT IS HEREBY ADJUDGED that the decision of the Commissioner

of the Social Security Administration is reversed in part and the

matter is remanded for further administrative action consistent with

the Memorandum Opinion and Order of Remand filed concurrently

herewith.


        DATED:  March 2, 2007.



                        _____/S/_____
                             CHARLES F. EICK
                        UNITED STATES MAGISTRATE JUDGE